IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,                            ORDER

        v.                                   04-cr-118-bbc-01

DANIEL J. ABEITA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

It has come to my attention that the June 9, 2010 order revoking defendant's supervised release contains two typographical errors.

The first paragraph of the order should read:

A hearing on the probation office's petition for judicial review of Daniel J. Abeita's supervised release was held on *June 9, 2010*, before United States District Judge Barbara B. Crabb. The government appeared by Assistant United States Attorney John W. Vaudreuil. Defendant was present in person and by counsel Krista M. Ralston. Also present was United States Probation Officer *Michael Nolan*.

Therefore, IT IS ORDERED that the order entered herein on June 9, 2010, is AMENDED as stated above.

In all other respects, the order entered on June 9, 2010, remains unchanged.

Entered this 10th day of June, 2010.

                                  BY THE COURT:
                                  /s/
                                  BARBARA B. CRABB
                                  District Judge